Brooks. The first evaluation resulted in Brooks being sent to a hospital for psychiatric treatment. A subsequent evaluation resulted in a finding that Brooks knew that his conduct was wrong at the time he committed the offense, i.e., that he was sane.

A reasonable attorney could have made a strategic choice not to pursue a defense that was contradicted by a court-appointed psychologist. Thus, the state court's determination that counsel's performance was not deficient was neither contrary to nor an unreasonable application of clearly established federal law.

For the foregoing reasons, the judgment of the district court is AFFIRMED.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Antonio Moreno–Rodriguez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Antonio MORENO–RODRIGUEZ,
also known as Juan Antonio Moreno–
Rodriguez, Defendant–Appellant.**

No. 06–51337
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr, Assistant US, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Judy Fulmer Madewell, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Gerardo ZALDANA, also known
as Luis Gerardo Saldana,
Defendant–Appellant.**

No. 06–51348
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender's Office, Western District of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.